UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE KIRSCHBAUM,

                Plaintiff,

       -against-

SGT DAILY, ET AL.,

                Defendants.

25-CV-6117 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is currently incarcerated at Upstate Correctional Facility, is proceeding in this matter *pro se* and *in forma pauperis* ("IFP"). By order dated December 16, 2025, the Court directed Plaintiff to file an amended complaint within 60 days, "to detail his claims that he was denied disciplinary due process and retaliated against" during his incarceration at Woodbourne Correctional Facility. (ECF 31.) The Clerk's Office mailed that order to Plaintiff, but it was returned as undeliverable because Plaintiff had been transferred to a different correctional facility. On February 26, 2026, the Clerk's Office remailed the order to Plaintiff at his current address. Plaintiff still has not filed an amended complaint as directed.

The Court grants Plaintiff one final opportunity to file an amended complaint, should he wish to do so. Plaintiff must file his amended complaint within 30 days of the date of this order. If Plaintiff fails to comply within the time allowed, or fails to show good cause for such failure, the action will be dismissed for failure to state a claim upon which relief may be granted, for the reasons stated in the December 16, 2025 order. **No further extensions will be granted**.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 5, 2026
        New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                  Chief United States District Judge